1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID W. SCONCE,                    )     Case No.  CV 15-7744- ODW(JC)
                                    )
                  Petitioner,       )
                                    )
        v.                          )     JUDGMENT
                                    )
DANIEL PARAMO, et al.,              )
                                    )
                  Respondents.      )
                                    )

        Pursuant to this Court's Order (1) Summarily Dismissing Petition for Writ

of Habeas Corpus and Action without Prejudice; and (2) Directing Clerk to File

Petition as Motion to Amend/Supplement Operative First Amended Petition for

Writ of Habeas Corpus in Case No. 14-2447 ODW(JC), IT IS ADJUDGED that

the Petition for Writ of Habeas Corpus filed in this action and the action itself are

dismissed without prejudice.

        IT IS SO ADJUDGED.

DATED:   __September 30, 2016

_____

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE